**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL EUGENE BANKS,**<br>**a/k/a Bird,**<br>**a/k/a Birdie,**<br>**a/k/a Tiny Bird,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. CR-15-93-G-4** |

**ORDER**

Now before the Court is Defendant Michael Eugene Banks' pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. No. 1062). On March 7, 2024, the Court denied Defendant's Motion in part. *See* Order (Doc. No. 1125).

The Court's Order reserved ruling as to Defendant's Claim 10, which raises four arguments of ineffective assistance of counsel. *See id.* at 6-7, 18-25, 45. The Court directed the Government to file a written response to Claim 10. *See id.* at 45; *see also* R. 4(b), R. Governing § 2255 Procs. for U.S. Dist. Cts.

Having reviewed the Government's Response (Doc. No. 1126), the Court finds that an evidentiary hearing is required as to the arguments raised in Claim 10. *See* R. 8(a), R. Governing § 2255 Procs. for U.S. Dist. Cts. Defendant, who is financially eligible to have representation appointed under 18 U.S.C. § 3006A, is therefore entitled to the appointment of counsel for purposes of this hearing. *See id.* R. 8(c); *Swazo v. Wyo. Dep't of Corr. State Penitentiary Warden*, 23 F.3d 332, 334 (10th Cir. 1994); Doc. Nos. 44, 46, 951.

CONCLUSION

IT IS THEREFORE ORDERED:

(1) The Court directs the CJA Panel Administrator to provide the Court with the name of an attorney for appointment in this matter. An evidentiary hearing will be scheduled after an attorney is appointed and is given a reasonable opportunity to investigate and prepare. The hearing will be limited to the issues raised in Claim 10.

(2) Defendant's Motions (Doc. Nos. 1137, 1145, 1159) are DENIED AS MOOT.

(3) The Government is directed to file a written response to Defendant's Motion for Reconsideration (Doc. No. 1146) within twenty-one (21) days of the date of this Order.

IT IS SO ORDERED this 28th day of August, 2026.

CHARLES B. GOODWIN
United States District Judge